**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) MIA OUTDOORS DISTRIBUTION SERVICES, LLC, an Oklahoma domestic limited liability company, d/b/a JIMMY'S EV WORLD; <br><br> (2) JIMMY LONG, an individual; and <br><br> (3) TERRENCE ANTON, an individual, <br><br>           Plaintiffs, <br><br> v. <br><br> (1) MIA GLOBAL USA, INC., a foreign business corporation; <br><br> (2) MIA GLOBAL, INC., a foreign business corporation; <br><br> (3) MBAK ENERGY SOULTIONS, INC.; <br><br> (4) CHINA BAK BATTERY, INC.; <br><br> (5) MICHELLE BOOS, an individual; <br><br> (6) GABRIEL CARRELO, an individual; <br><br> (7) RANDELL TORNO, an individual; and <br><br> (8) NOLIN HAN, an individual, <br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 26-cv-00091-SH |

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local General Rule 4–4(b), Deric J. McClellan, J. Christopher Davis, Andrew

E. Henry, Amelia Rae Ridgeway, and the firm of Crowe Dunlevy, P.C. ("Movants") move the

Court for an Order granting leave for them to withdraw as counsel of record for Defendant Gabriel Carrelo. In support of this Motion, Movants state as follows:

1.      This Motion is made on the grounds there has been a breakdown of the attorney-client relationship due to the failure to comply with the terms of the engagement agreement with Movants. Movants have attempted to resolve this breakdown in good faith, but such efforts have failed, and continuing the representation is no longer possible.

2.      Pursuant to LGnR4–4(b), Movants have provided reasonable notice to the client and other parties who have appeared in the case of their intention to withdraw.

3.      Movants have informed Gabriel Carrelo that he will be required to engage new counsel. No scheduling order has been entered in this matter, and the case is not currently set for a pretrial conference or a trial date.

4.      Pursuant to LCvR7(c), Movants have communicated with Plaintiffs' counsel regarding their intent to file this Motion, and Movants can represent that Plaintiffs agree to the request.

5.      A proposed order is being submitted with this Motion.

WHEREFORE, all premises considered, Movants pray this Honorable Court enter an Order allowing Movants to withdraw as attorneys for Gabriel Carrelo.

Respectfully submitted,

s/*Deric J. McClellan*
J. Christopher Davis, OBA No. 16639
Deric J. McClellan, OBA No. 32827
CROWE DUNLEVY, P.C.
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
deric.mcclellan@crowedunlevy.com
chris.davis@crowedunlevy.com

AND

Andrew E. Henry, OBA No. 32009
Amelia Rae Ridgeway, OBA #36905
CROWE DUNLEVY, P.C.
Braniff Building
324 North Robinson Ave., Ste. 100
Oklahoma City, Oklahoma  73102
(405) 235-7700
andrew.henry@crowedunlevy.com
amy.ridgeway@crowedunlevy.com

**Attorneys for Defendant Gabriel Carrelo**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

Donald A. Lepp
BARROW & GRIMM
110 W. 7th Street, Suite 900
Tulsa, OK  74119
lepp@barrowgrimm.com

*Attorney for Plaintiffs*

s/*Deric J. McClellan*
Deric J. McClellan

- 3 -